BEFORE THE FIRST DIVISION, JUNE '30, 1943

**No. 48467.**—Protests 991432–G, etc., of W. X. Huber Co. et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48468.**—Protests 93699–K, etc., of Arnhold & Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48469.**—Protests 88517–K, etc., of Mason Bros. & Tarlin et al. (Boston, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48470.**—Protests 82690–K, etc., of F. W. Woolworth Co. et al. (Philadelphia, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48471.**—Protests 53238–K, etc., of Butler Bros. et al. (Baltimore, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48472.**—Protests 52527–K, etc., of Jordan Marsh Co. et al. (Boston, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48473.**—Protests 63852–K, etc., of F. W. Myers & Co., Inc., et al. (Ogdensburg, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48474.**—Protests 74804–K, etc., of Wm. J. Beer Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48475.**—Protests 93571–K, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.